THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON LEE TAGGERT,

          Plaintiff,

          v.

BENEVOLENT AND PROTECTIVE
ORDER OF ELKS OF THE UNITED
STATES OF AMERICA, and BRUCE A.
HIDLEY, individually and in his capacity as
Grand Exalted Ruler of the Benevolent and
Protective Order of Elks of the United States
of America,

          Defendants.

Case No. 2:26-CV-00368-JLR

**STIPULATED MOTION TO
CONTINUE INITIAL DEADLINES**

THIS MATTER having come before the Court upon the Parties Stipulated Motion to Continue Initial Deadlines, IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Stipulated Motion to Continue Initial Deadlines is GRANTED.

//

//

//

//

STIPULATED MOTION TO CONTINUE INITIAL DEADLINES - 1
CASE NO. 2:25-CV-00368-JLR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

The Court hereby extends the deadline for Initial Disclosures to July 6, 2026, and a Joint Status Report and Discovery plan to July 13, 2026.

      Dated this __18th__ day of __May_____, 2026.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

COZEN O'CONNOR
  By _/s/ James B. Edward_
  Robert D. Lee, WSBA #46682
  E-mail: rlee@cozen.com
  James B. Edward, WSBA #59210
  E-mail: jedward@cozen.com
  999 Third Avenue, Suite 1900
  Seattle, WA 98104
  Phone: (206) 340-1000

*Attorneys for Defendants*

  By _/s/ Aaron Lee Taggert_
  Aaron Lee Taggert, Pro Se
  E-mail: aaron.taggert@gmail.com

*Plaintiff*

STIPULATED MOTION TO CONTINUE INITIAL DEADLINES - 2
CASE NO. 2:25-CV-00368-JLR

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000